IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLENE SCALES,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN R. PEKAS and AAA COLLECTIONS MIDWEST, INC. d/b/a AAA COLLECTIONS, INC.,<br><br>    Defendants. | 8:14-CV-178<br><br>JUDGMENT |

  Pursuant to the parties' stipulation (filing 12), this case is dismissed with prejudice, each party to bear its own costs and fees.

  DATED this 18th day of September, 2014.

                BY THE COURT:

                _____
                John M. Gerrard
                United States District Judge